THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FRIENDLICH.— Motion

granted; printed briefs to be served and filed within twenty days, and appeal to be noticed for argument for February 18, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.